Babak Hashemi, Esq. (State Bar No. 263494)
**LAW OFFICES OF BABAK HASHEMI, ESQ.**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Office: (949)464-8529
BabakHashemiLaw@gmail.com

Attorney for Plaintiff: JAMES RUTHERFORD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>DPKY LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>        Defendants. | CASE No: 3:19-cv-02483-LAB-BGS<br><br>NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, JAMES RUTHERFORD ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action. Plaintiff has reached a full and final confidential settlement with Defendant and have agreed that each party shall bear his, their or its own costs and attorneys' expenses. Defendant

has not filed an answer to Plaintiff's Complaint and no cross-claims have been advanced by Defendant, either individually or collectively.

Respectfully Submitted.

Dated: March 9, 2020  **LAW OFFICES OF BABAK HASHEMI, ESQ.**

By: ___/s/ *Babak Hashemi*___
    Babak Hashemi, Esq.
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on March 9, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's representative in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

DATED: March 9, 2020

**LAW OFFICES OF BABAK HASHEMI**

By: /s/*Babak Hashemi*
Babak Hashemi, Esq.
Attorney for Plaintiff