# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| JAMES RUTHERFORD, Plaintiff, v. DPKY LLC, Defendant. | Case No.: 19cv2483-LAB (BGS)<br>**ORDER OF DISMISSAL** |
|---|---|

Plaintiff has filed a notice of voluntary dismissal. Defendant has not answered or filed a motion for summary judgment, or otherwise appeared. This action is therefore **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED**.

Dated: March 10, 2020

_Larry A. Burns_
Honorable Larry Alan Burns
Chief United States District Judge